# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL COBB,** | : Case No. 1:02CV2184 |
| Petitioner, | : JUDGE KATHLEEN O'MALLEY |
| v. | : |
| | : **ORDER** |
| **BENNIE KELLY,** | : |
| Warden | : |
| Respondent. | : |

For the reasons set forth in the Court's memorandum and order of this date, Petitioner Michael Cobb's *Petition for a Writ of Habeas Corpus* (Doc. 1) is hereby **DENIED**. Accordingly, this case is **DISMISSED**. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

> s/Kathleen M. O'Malley
> **KATHLEEN McDONALD O'MALLEY**
> **UNITED STATES DISTRICT JUDGE**

**Dated: April 29, 2005**